UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :    INDICTMENT

      -v.-                        :    07 Cr.

KEITH KENNETH KING,               :

             Defendant.       :

- - - - - - - - - - - - - - - - - - -X

07CRIM1030

COUNT ONE

The Grand Jury charges:

From at least in or about July 2007, up to and including on or about July 31, 2007, in the Southern District of New York and elsewhere, KEITH KENNETH KING, the defendant, being an alien, unlawfully, willfully, and knowingly did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 3, 2001 in New York Supreme Court, Queens County, for grand larceny in the fourth degree, in violation of New York Penal Law 155.30, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)


_/s/ [signature]_                    _/s/ Michael J. Garcia_
FOREPERSON                           MICHAEL J. GARCIA
                                     United States Attorney

Deputy

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

KEITH KENNETH KING,

Defendant.

---

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

---

*Lin Butler Shuman* — Deputy Foreperson.  11/9/07

---

Filed indictment. Case assigned to Judge Griesa.

SRM
11/9/07

—Francis, J.