UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

    - v. -                            :

KEITH KENNETH KING,                 :

    Defendant.                       :

- - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

ORDER

07 Cr. 1030 (TPG)

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Jeff Alberts;

    IT IS FOUND that the United States Attorney's Office made one application for an order authorizing the use of a pen register with caller identification device, the disclosure of historical cell site information, and contemporaneous cell site location authority as part of the investigation of the defendant in the above-captioned action and that this application was sealed;

    IT IS FURTHER FOUND that a court order was issued that authorized the use of a pen register with caller identification device, the disclosure of historical cell site information, and contemporaneous cell site location authority as part of the investigation of the defendant in the above-captioned action and that, at the government's application for cause, the order was sealed;

IT IS THEREFORE ORDERED that the order referenced above and the application of the United States Attorney's Office for the order be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
~~December    , 2007~~
Jan. 22, 2008

*[signature]*
THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KEITH KENNETH KING,

Defendant.

## ORDER

07 Cr. 1030

_____
MICHAEL J. GARCIA
United States Attorney.