**MEMO ENDORSED**

U.S. Department of Justice

United States Attorney
Southern District of New York

---

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/5/08

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 28, 2008

BY HAND

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

[JAN 30 2008]

Re: United States v. Keith Kenneth King,
    07 Cr. 1030 (TPG)

Dear Judge Griesa:

The conference scheduled for January 28, 2008 in the above-referenced matter has been rescheduled to March 13, 2008 at 4:30 p.m.

The Government respectfully requests that the Court exclude time from the date of this letter until March 13, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

*Approved*
*Thomas P. Griesa*
*USDJ*
*2/4/08*

cc by fax: John Byrnes, Esq., Attorney for Defendant