

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08**

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 23, 2008

BY HAND

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

     Re:  United States v. Keith Kenneth King,
          07 Cr. 1030 (TPG)

Dear Judge Griesa:

    The conference scheduled for April 24, 2008 in the above-referenced matter has been rescheduled to May 21, 2008 at 4:30 p.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until May 21, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to this request for the exclusion of time.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                    United States Attorney
                                    Southern District of New York

                         By: _____
                             Carrie H. Cohen
                             Assistant U.S. Attorney
                             (212) 637-2264

*Approved.*
*Thomas P. Griesa*
*USDJ*
*4/25/08*

cc by fax: John Byrnes, Esq., Attorney for Defendant